IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 5:10cr11DCB-FKB

PATRICIA A. WILSON

### MOTION AND ORDER TO RELEASE COPY OF SEALED DOCUMENT

      Comes now the United States Attorney, by and through the undersigned Assistant, and moves the Court for an order allowing the Government to provide copies of the "Plea Supplement" filed under seal in the above-styled cause as part of discovery in any related criminal case.

      WHEREFORE, the United States requests that the Court grant the Government authority to provide copies of the Sealed Plea Supplement filed here within as part of discovery in any related criminal case.

Respectfully submitted,

DONALD R. BURKHALTER
United States Attorney

By:    */s/Glenda R. Haynes*
      GLENDA R. HAYNES MB# 2132
      Assistant U.S. Attorney
      ERIN ASLAN
      Trial Attorney


      CONSIDERING THE FOREGOING, IT IS HEREBY ORDERED that copies of the Sealed Plea Supplement presently under seal by this Court shall be copied by the Government and copies thereof made available through discovery to defendants in any related criminal case.

      IT IS FURTHER ORDERED that copies of the Sealed Plea Supplement shall be made available for copying by the Government to defendants and their attorneys of record in any related criminal case through discovery.

      ORDERED this   19th   day of August, 2010.

      s/ David Bramlette
      United States District Judge